**William J. FORD, Appellant,**

v.

**Lawrence E. WILSON, Warden California State Prison, Appellee.**

**No. 20821.**

United States Court of Appeals Ninth Circuit.

Sept. 8, 1966.

Wm. J. Ford, in pro. per.

Thomas C. Lynch, Atty. Gen. of Cal., Robert R. Granucci, John T. Murphy, Deputy Attys. Gen., San Francisco, Cal., for appellee.

Before JOHNSEN,* MERRILL and BROWNING, Circuit Judges.

PER CURIAM.

We are satisfied from a careful evaluation of appellant's complaint under the Civil Rights Act, 42 U.S.C. § 1983, that the district court did not abuse its discretion in denying leave to commence the action without payment of fees and costs under 28 U.S.C. § 1915.

**Ruchell MAGEE, Appellant,**

v.

**STATE OF CALIFORNIA et al., Appellees.**

**No. 20809.**

United States Court of Appeals Ninth Circuit.

Sept. 16, 1966.

Ruchell Magee, in pro. per.

Thomas C. Lynch, Atty. Gen., of Cal., Wm. E. James, Asst. Atty. Gen., Suzanne I. Eisenberg, Deputy Atty. Gen., Los Angeles, Cal., for appellee State of California.

Before CHAMBERS, BARNES and CECIL, Circuit Judges.

PER CURIAM:

Appellant, in effect, has moved to dismiss the appeal as against the State of California. The motion is granted.

Insofar as the appeal against individuals is concerned, the district court records show no service upon them. Therefore, as to the individuals, the appeal is dismissed.

In appellant's pleadings, there is some element of habeas corpus. If we were not dismissing on other grounds, we would dismiss any such claim for lack of a proper party defendant, meaning Magee's keeper.